Commonwealth *v.* Lee, Appellant.

Submitted April 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

608

*Lawrence Corson,* and *Eilberg, Corson & Getson,* for appellant.

*T. Michael Mather* and *Milton M. Stein,* Assistant District Attorneys, and *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:

Order affirmed. See, *Commonwealth v. McBride,* 440 Pa. 81, 269 A. 2d 737 (1970) ; *Commonwealth v. Cushnie,* 433 Pa. 131, 249 A. 2d 290 (1969) ; *Commonwealth v. Davis,* 430 Pa. 392, 243 A. 2d 424 (1968) ; *Commonwealth v. McCauley,* 428 Pa. 107, 237 A. 2d 204 (1968).